■ MORTON WOLKOFF, Appellant, v CHURCH OF ST. RITA, PORT RICHMOND, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Richmond County, dated August 11, 1986.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Kuffner in his memorandum decision in the Supreme Court, Richmond County. Mangano, J. P., Niehoff, Sullivan and Harwood, JJ., concur. *[See,* 132 Misc 2d 464.]